**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

THOMAS M. MORIGGI,

    Plaintiff,

v.                                                                    CASE NO. 1:11cv11-MP-GRJ

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 13, 2012. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     The decision of the Commissioner of Social Security denying plaintiff's applications for a period of disability and disability insurance benefits and for Supplemental Security Income benefits is AFFIRMED.

    **DONE and ORDERED** this 18th day of February, 2012.

                                                                         s/ *M. Casey Rodgers*
                                                                        **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**